(133 So. 305)
**MARYLAND CASUALTY CO. v. Thomas T. TERRY.**

**8 Div. 275.**

Supreme Court of Alabama.

March 26, 1931.

Cooper & Cooper, of Huntsville, for petitioner.

R. C. Brickell, of Huntsville, for respondent.

THOMAS, J.

Petition of the Maryland Casualty Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Maryland Cas. Co. v. Thos. T. Terry, 133 So. 303 (8 Div. 925).

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.